IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHARLES JOSEPH RINTALAN,**<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF EUGENE MUNICIPAL, et al.,**<br><br>    Defendants. | Civ. No.    6:16-cv-2404-JR<br><br>**OPINION AND ORDER** |

**MCSHANE, Judge**:

On December 28, 2016, pro se plaintiff, Charles Rintalan, filed this action alleging violation of his civil rights by Eugene and Springfield, Oregon police. On January 12, 2017, the court denied plaintiff's application for in forma pauperis (IFP) status and ordered plaintiff to pay the filing fee by February 16, 2017. The court advised plaintiff that a failure to pay the required filing fee would result in dismissal of this action.

On March 2, 2017, the court received a partial payment of the filing fee and a request for waiver of the remaining amount. The partial payment has been returned. The court has determined that plaintiff's application for IFP status indicates an ability to pay the required fee without undue hardship and the request for waiver is denied.

Because plaintiff has failed to pay the required filing fee as ordered, this action is dismissed for failure to prosecute and failure to follow a court order.

1 – OPINION AND ORDER

## **CONCLUSION**

This action is dismissed.

IT IS SO ORDERED.

DATED this __7__ day of March 2017.

                                                  **Michael J. McShane**
                                          **United States District Judge**